## Elmer E. Schmoldt, Appellant, v. Chicago Stone Setting Company et al., Appellees.

Gen. No. 42,648.

opinion filed November 4, 1943. Perry B. Brelin, for appellant; Lawrence E. Fleishman and Abraham Greenfield, for appellees. Opinion by JUSTICE SCANLAN. Not to be published in full.